```
                                                      F I L E D
                                                   IN CLERK'S OFFICE
                                                U.S. DISTRICT COURT E.D.N.Y.
```

UNITED STATES DISTRICT COURT ★ JUL 02 2018 ★
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

---

Daryl Manfredi individually and on behalf of
all others similarly situated,

                                  Plaintiff,

v.

Midland Credit Management, Inc. and
Midland Funding LLC

                                  Defendants.

No. 18 cv 1635

CLASS ACTION

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without attorney fees or costs to either party.

S/ **Joseph Mauro**
Joseph M. Mauro
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

7/2/2018
Date

S/ **Joseph E. Hess**
Joseph Hess
Marshall Dennehey
Wall Street Plaza
88 Pine St. 21rst Floor
New York, NY 10005
Attorney for Defendant

7/2/2018

SO ORDERED
/s/ Joseph Bianco
Joseph F. Bianco
USDJ
Date: July 2, 2018
Central Islip, N.Y.

*The Clerk of the Court shall close the case.*